**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CHRISTOPHER EDWARDS, JR.**                                                              **PETITIONER**

**V.**                                       **CASE NO. 5:25-CV-5095**

**SHERIFF JAY CANTRELL**                                                                  **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 18) filed in this case on October 3, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED AS MOOT** for lack of jurisdiction.

**IT IS SO ORDERED** on this 22nd day of October, 2025.

        */s/ Timothy L. Brooks*
        TIMOTHY L. BROOKS
        CHIEF UNITED STATES DISTRICT JUDGE